James Artis JOHNSON, Plaintiff—
Appellant,

v.

Jeffrey J. CRUDEN; Rudy E. Renfer, Defendants—Appellees.

No. 09–6003.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 27, 2009.

James Artis Johnson, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Artis Johnson appeals the district court's order denying relief on his 42

U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Cruden,* No. 5:08–ct–03082–BO (E.D.N.C. Dec. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*